UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE APPLICATION OF FOURWORLD EVENT OPPORTUNITIES, LP AND GENESIS EMERGING MARKETS INVESTMENT COMPANY,

Plaintiff,

v.

JAMES LIANG,

Defendant.

Case No. 22-mc-80325-JCS

**ORDER RE: EX PARTE APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

Re: Dkt. No. 1

Petitioners Fourworld Event Opportunities, LP and Genesis Emerging Markets Investment Company filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing discovery for use in foreign proceedings, seeking permission to serve a subpoena for documents and information on James Liang. [Docket No. 1.] The Court cannot decide the application without the consent of all parties. *See CPC Pat. Techs. Pty Ltd. v. Apple, Inc*., 34 F.4th 801, 808 (9th Cir. 2022) (holding that section 1782 applications for discovery are dispositive within the meaning of 28 U.S.C. § 636(b)(1)). Accordingly, Petitioners shall serve the application and this Order on Liang by no later than **December 15, 2022**. Liang shall file any response to the application within **fourteen (14)** days of the date of service of the application. Within **seven (7)** days after Liang has filed his response, all parties shall file either a consent or declination to the jurisdiction of the Magistrate Judge in this matter. The forms are available at http://cand.uscourts.gov/civilforms. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. If the parties do not consent, the case will be randomly assigned to a District Judge of this court.

**IT IS SO ORDERED.**

Dated: December 1, 2022

JOSEPH C. SPERO
Chief Magistrate Judge